Anthony N. MATTEO, Appellant,

v.

Superintendent, Sci ALBION; The District Attorney of the County of Chester; The Attorney General of the State of Pennsylvania.

No. 96–2115.

United States Court of Appeals, Third Circuit.

Argued Jan. 30, 1998.

Decided May 26, 1998.

As Amended July 31, 1998.

Present: BECKER, Chief Judge, SLOVITER, STAPLETON, MANSMANN, GREENBERG, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, McKEE, and RENDELL, Circuit Judges,

ORDER

BECKER, Chief Judge.

A majority of the active judges having voted for rehearing *en banc* in the above appeal, it is ORDERED that the Clerk of this Court list the above case for rehearing *en banc* at the convenience of the Court. A briefing letter will follow.